**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114430
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 07 2018 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Maribel Ocampo, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Nationwide Credit, Inc.,

Defendant.

Docket No: 1:18-cv-04270-KAM-JO

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: September 4, 2018

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114430
*Attorneys for Plaintiff*

**So Ordered:** /s/ USDJ KIYO A. MATSUMOTO
**Kiyo A. Matsumoto**   9/6/2018
**U.S. District Judge**